UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
JAMES KISSAM

                    Plaintiff,

      -- against --                    Case No. 06-cv-12978-KMK

THE NEIMAN MARCUS GROUP, INC.,        **CONSENT ORDER OF DISMISSAL**

                    Defendant.

------------------------------------------------- x

      This day came all the parties to this action by their respective attorneys of record and advised the Court that they had compromised and settled all their differences. Whereupon, on their joint motion, it is accordingly ORDERED, ADJUDGED AND DECREED that this action be, and the same hereby is, DISMISSED AS AGREED, WITH PREJUDICE, with each party to pay their own costs.

      And the Clerk of the Court is directed to forthwith certify a copy of this Order to each counsel of record.

ENTERED THIS _____ DAY OF FEBRUARY, 2008.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

We have seen this Order and ask for and consent to its entry;

**JAMES KISSAM**
By Counsel

By: /s/ Paul N. Cisternino
Paul N. Cisternino, Esq.
Law Office of Paul N. Cisternino, P.C.
16 Briarbrook Road
Ossining, NY 10562
Telephone: (914) 330-1527
Facsimile: (914) 923-8913
paulcist@justice.com


**THE NEIMAN MARCUS GROUP, INC.**
By Counsel

By: /s/ Maureen R. Knight
Maureen R. Knight, admitted *pro hac vice*
Constangy, Brooks & Smith, LLC
4100 Monument Corner Drive, Suite 520
Fairfax, Virginia 22030
Telephone: (571) 522-6100
Facsimile: (571) 522-6101
mknight@constangy.com

Michael P. Collins (MC-0906)
Bond, Schoeneck & King, PLLC
330 Madison Avenue
New York, New York 10017
Telephone: (646) 253-2318
Facsimile: (646) 253-2301

337219.1

2